BRH/2006R01352

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Crim. No. 07-257 (JEI) |
| : | |
| v.  : | 18 U.S.C. §§ 666(a)(2) & 2 |
| : | |
| GEORGE THOMAS  : | I N F O R M A T I O N |

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

1. At all times material to this Information:

    a. Defendant GEORGE THOMAS was a principal in a maintenance and construction business based in Perth Amboy, New Jersey (hereinafter, the "Construction Firm").

    b. Co-schemer 1 was a manager in the Construction Firm.

    c. Co-schemer 2 was employed by the City of New Brunswick's Department of Community Planning and Development as the Director of the Neighborhood Preservation Project (hereinafter, the "City Official"). The City Official was responsible for, among other things, approving funding and contracts for the rehabilitation of substandard conditions in homes owned by qualifying low or moderate income owners within the City of New Brunswick.

    d. The Department of Community Planning and Development was a department of a local government that received

federal assistance in excess of $10,000, during the relevant one-year periods (hereinafter, the "Department").

2. Between in or about 2004 and in or about 2006, the Department awarded the Construction Firm in excess of approximately $900,000 in contracts for the rehabilitation of homes located throughout New Brunswick, New Jersey.

3. In exchange for the City Official exercising his official influence in the awarding of the rehabilitation contracts to the Construction Firm, defendant GEORGE THOMAS and Co-Schemer 1 made concealed, corrupt payments totaling more than approximately $60,000 to the City Official. Defendant GEORGE THOMAS and Co-schemer 1 made the payments to the City Official on a near monthly basis from in or about June, 2004 through in or about September, 2006.

4. From in or about June, 2004 through in or about September, 2006, in Middlesex County, in the District of New Jersey and elsewhere, defendant

GEORGE THOMAS

did knowingly, willfully, and corruptly give, offer, and agree to give things of value, namely cash payments totaling more than approximately $60,000, to the City Official, with intent to influence and reward the City Official in connection with a business, transaction, and series of transactions of the Department involving a thing of value of $5,000 and more.

In violation of Title 18, United States Code, Sections 666(a)(2) and 2.

CHRISTOPHER J. CHRISTIE
United States Attorney

CASE NUMBER: _____

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

GEORGE THOMAS

# INFORMATION FOR

18 U.S.C. §§ 666(a)(2) and 2

CHRISTOPHER J. CHRISTIE
*U.S. ATTORNEY NEWARK, NEW JERSEY*

BRIAN R. HOWE
*ASSISTANT U.S. ATTORNEY*
*NEWARK, NEW JERSEY*
*(973) 645-2853*