AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF                          NEW JERSEY

UNITED STATES OF AMERICA
V.

**APPEARANCE**

GEORGE THOMAS

Case Number:  CR 07- 257 (JEI)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for                    George Thomas

I certify that I am admitted to practice in this court.

3/27/07
Date

Last 4 digits of SSN # 1647

Signature

NORMAN LIKLI, NA
Print Name                          Bar Number

1381 Rte 1 South
Address

Edison NJ 08837
City                    State              Zip Code

732321 5261
Phone Number                          Fax Number