# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number: 07-257 (JEI) |
| v. | : | **WAIVER OF INDICTMENT** |
| GEORGE THOMAS | : | |

I, George Thomas, the above-named defendant, who is charged with knowingly, willfully, and corruptly giving, offering, and agreeing to give things of value, namely cash payments totaling more than approximately $60,000, to the Director of the Neighborhood Preservation Project ("City Official") for the City of New Brunswick's Department of Community Planning and Development ("Department"), with intent to influence and reward the City Official in connection with a business, transaction, and series of transactions of the Department involving a thing of value of $5,000 and more, in violation of Title 18, United States Code, Sections 666(a)(2) and 2, being advised of the nature of the charges, the proposed Information, and my rights, hereby waive in open court on (Date) MARCH 27, 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
George Thomas
Defendant

_____
Norman L. Kline, Esq.
Counsel for Defendant

Before: _____
SENIOR United States District Judge
JOSEPH E. IRENAS
3/27/07