UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE:**

March 27, 2007
**DATE OF PROCEEDINGS**

**JUDGE JOSEPH E. IRENAS, SUSDJ**

**COURT REPORTER:** FRANK GABLE

Other(s) _____

**Docket #** CR 07- 257(JEI)

**TITLE OF CASE**:
UNITED STATES OF AMERICA
      vs.
GEORGE THOMAS
      **PRESENT**

**APPEARANCE:**
Brian Howe, AUSA for USA
Norman Kline, Esq for Defendant

**NATURE OF PROCEEDINGS:**    WAIVER OF INDICTMENT
Ordered interpreter sworn; Malayalam Interpreter Dr. James Kurichi sworn.
Ordered deft. sworn; deft. sworn.
Waiver of indictment executed and filed.
INFORMATION filed.
PLEA:   GUILTY
Terms of plea agreement read into the record.
Ordered plea agreement approved.
Ordered plea accepted.
Ordered sentencing set for July 27, 2007 at 3:00 p.m. in Newark, Courtroom 4C
Ordered bail set at $100,000 unsecured. Pretrial reporting. Travel restricted to NJ, SDNY, EDNY, or as approved by Pretrial Services.

Adjourned to: _____      Time commenced: 11:00 a.m.     Time Adjourned: 12:30 p.m.

                                                     s/ Michael F. Rivera
                                                    DEPUTY CLERK

**cc: Chambers**