UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Cr. No. 07-    (JEI) |
| vs. | : | ORDER OF RELEASE |
| GEORGE THOMAS | : | |

IT IS on the 27th day of March, 2007 , ORDERED:

That bail be fixed at $ **100,000** and the defendant be released upon:
- (a.) Executing an unsecured appearance bond.
- b. Executing an appearance bond and depositing in cash in the registry of the Court ___ 10% of the bail fixed.
- c. Executing an appearance bond with approved sureties, or the deposit of cash in the full amount of the bail in lieu thereof.

IT IS further ORDERED that, in addition to the above, the following conditions are imposed:

1. That the defendant not attempt to influence, intimidate, or injure any juror or judicial officer; not tamper with any witness, victim, or informant; and not retaliate against any witness, victim or informant in this case.
2. That the defendant be released in the custody of  United States Pretrial Services Agency  for supervision during the period of release.
3. That the defendant be restricted in travel to  New Jersey, Southern District of New York, Eastern District of New ~~Jersey~~ York, or as otherwise approved by Pretrial Services .
4. That the defendant not commit any offense in violation of federal, state or local law while on release in this case.

**Additional conditions:**
1. Report any change of address to the U.S. Attorney's Office.
2. Surrender passport or any travel documents and do not obtain a new passport or travel documents.

IT IS further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
U.S. DISTRICT JUDGE

I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

_____
DEPUTY CLERK

## NOTICE OF PENALTIES APPLICABLE

## TO THE VIOLATION OF CONDITIONS OF RELEASE

Title 18, United States Code, Section 3146(c) provides that a warrant for the arrest of a defendant will be issued immediately upon any violation of the conditions of release. Conditions of release include those contained in the Appearance Bond the defendant may be required to execute.

Title 18, United States Code, Section 3150, provides that if the defendant wilfully fails to appear as required he shall incur a forfeiture of any security given or pledged, and, in addition:

1.  If the release was in connection with a charge of felony, or while awaiting sentence or pending appeal, he shall be fined not more that $5000.00 or imprisoned not more than five years, or both.

2.  If the charge was a misdemeanor, he shall be fined not more than the maximum provided for such misdemeanor or imprisoned for not more than one year, or both.

3.  If the above release relates to an appearance of a material witness, the penalty for wilfully failing to appear is a fine of not more than $1000.00 or imprisonment for not more than one year, or both.