UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

August 1, 2008

**CAMDEN OFFICE:**                      **DATE OF PROCEEDINGS**

**JUDGE JOSEPH E. IRENAS, SUSDJ**

**COURT REPORTER:** FRANK GABLE

Other(s) Carolyn S. Johnson, U.S. Probation

**Docket #** CR 07- 257(JEI)

**TITLE OF CASE:**
UNITED STATES OF AMERICA
      vs.
GEORGE THOMAS
        **PRESENT**

**APPEARANCE:**
Brian Howe, AUSA for USA
Norman Kline, Esq for Defendant

**NATURE OF PROCEEDINGS:**      SENTENCING
Ordered interpreter sworn; Malayalam Interpreter Dr. James Kurichi sworn.

Hearing on application of government under 5K1.1.
Ordered application granted, Court grants a 7 level downward departure.
Court imposes a 6 month downward variance.

SENTENCE: 21 months imprisonment. 2 years supervised release. Excused from mandatory drug testing provision.
SPECIAL CONDITIONS: 1) Financial Disclosure 2) New Debt Restriction 3) DNA Collection
FINE: $2,000 interest waived.
SPECIAL ASSESSMENT: $100.
Defendant advised of right to appeal.
The Court recommends designation to a facility in New Jersey. The Court further recommends the lowest security classification as possible.
Ordered that the defendant shall surrender to the institution upon designation of Bureau of Prisons.

Adjourned to: _____      Time commenced: 10:00 a.m.     Time Adjourned: 11:20 a.m.

                                           s/ Michael F. Rivera
                                           DEPUTY CLERK

**cc: Chambers**